IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE SEARCHES OF:                    )
                                      )
THE BUSINESS LOCATION OF              )        NO. 10-140M
ADALUC Inc d/b/a Pizza & Gyro Express )        [UNDER SEAL]
Located at 11232 McKee Road,          )
North Huntington, PA 15642            )

## MOTION TO SEAL SEARCH WARRANT

        AND NOW comes the United States of America, by its
attorneys, Robert S. Cessar, Acting United States Attorney for the
Western District of Pennsylvania, and Paul E. Hull, Assistant
United States Attorney for said district, and respectfully moves
the Court to issue an Order directing that any and all papers filed
in the above-captioned matter, and the within Motion and Order to
Seal, be sealed pending further Order of Court.  In support of this
Motion, it is respectfully submitted that the facts contained in
these papers pertain to matters concerning an ongoing criminal
investigation and the publication of said information would
compromise the investigation.

                        Respectfully submitted,

                        ROBERT S. CESSAR
                        Acting United States Attorney

                        _____
                By:     PAUL E. HULL
                        Assistant U. S. Attorney
                        PA ID No. 35302